**Electronically Filed**
**Supreme Court**
**SCWC-12-0000676**
**27-FEB-2013**
**08:26 AM**

SCWC-12-0000676

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

BARBARA ELLEN SHERRILL,
Petitioner/Petitioner-Appellant,

vs.

ESTATE OF THOMAS MICHAEL PICO, JR., and MARY ZANAKIS PICO,
Respondents/Respondents-Appellees.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-12-0000676; PROBATE NO. 10-1-0254)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Nacino, in place of Acoba, J., recused)

The application for a writ of certiorari, filed on

January 18, 2013, is hereby rejected.

DATED: Honolulu, Hawai‘i, February 27, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Edwin C. Nacino

